**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| WILLIAM F. RHODES, JR. AND CARRIE E. RHODES, | : No. 95 WAL 2015 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| USAA CASUALTY INSURANCE COMPANY, | : |
| | : |
| | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

AND NOW, this 29th day of July, 2015, the Petition for Allowance of Appeal is DENIED.